IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CLIFFORD GOODE,**

      **Petitioner,**

v.                                        Case No. 4:14cv508-MW/CAS

**SHERIFF OF LEON COUNTY FLORIDA,**

      **Respondent.**
_____/

**ORDER ACCEPTING AND ADOPTING REPORT
AND RECOMMENDATION**

This Court has considered the Magistrate's Report and Recommendation. ECF No. 18. Upon consideration, no objections having been filed by Petitioner,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Respondent's motion to dismiss, ECF No. 17, is **GRANTED**. Petitioner's § 2254 petition for writ of habeas corpus, as amended, ECF No. 9, is **DISMISSED as untimely**. A certificate of appealability is **DENIED**. Leave to appeal in forma pauperis is **DENIED**."

1

The Clerk shall close the file.

**SO ORDERED on May 7, 2015.**

<u>**s/Mark E. Walker**</u>
**United States District Judge**